JUDGE DAVID BRIONES

FILED

2017 JAN 25 AM II: 40

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | §    **CRIMINAL NO.** EP:17 CR |
| | § |
| Plaintiff, | § |
| v. | §    **INDICTMENT** |
| | § |
| **(1) MICHAEL NEDAL ANNABI,** | §    **CT 1**: 18:1344 & 1349 - Conspiracy to |
| **(2) BASEM ELGELDA,** | §    Commit Bank Fraud; |
| **(3) TERRANCE YELDER,** | §    **CTs 2 - 16**: 18:1014 - False Statement on |
| **(4) PERLA MALDONADO ANNABI,** | §    Loan and Credit Applications |
| **(5) MIGUEL MUNOZ,** | § |
| **(6) JENZEL NASH, and** | § |
| **(7) DANIEL MUNOZ** | §    **EP17CR0147** |
| | § |
| Defendants. | § |
| | § |

EP17CR0147

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. §§ 1344 and 1349)
(Conspiracy to Commit Bank Fraud)

That beginning on or about July 31, 2013, and continuing through and including on or about March 22, 2016 in the Western District of Texas, the District of New Mexico, and elsewhere, Defendants,

**(1) MICHAEL NEDAL ANNABI,**
**(2) BASEM ELGELDA,**
**(3) TERRANCE YELDER,**
**(4) PERLA MALDONADO ANNABI,**
**(5) MIGUEL MUNOZ,**
**(6) JENZEL NASH, and**
**(7) DANIEL MUNOZ,**

conspired and agreed together and with each other and others, known and unknown to the Grand Jury, to:

1. execute and attempt to execute a scheme and artifice to defraud financial institutions,

namely Springleaf Financial Services, OneMain Financial, PrimeWay Federal Credit Union, Teachers Federal Credit Union, White Sands Federal Credit Union, Synchrony Financial, Pentagon Federal Credit Union, State Farm Bank, Greater El Paso Credit Union, Barclays Bank, FirstLight Federal Credit Union, Security Service Federal Credit Union, JP Morgan Chase, Santander Consumer USA Inc., Citibank, Ally Financial, Inc., BMW Financial Services, Evolve Federal Credit Union, Bank of the West, BBVA Compass, and Discovery Financial Services; and

2. to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of financial institutions, namely Springleaf Financial Services, OneMain Financial, PrimeWay Federal Credit Union, Teachers Federal Credit Union, White Sands Federal Credit Union, Synchrony Financial, Pentagon Federal Credit Union, State Farm Bank, Greater El Paso Credit Union, Barclays Bank, FirstLight Federal Credit Union, Security Service Federal Credit Union, JP Morgan Chase, Santander Consumer USA Inc., Citibank, Ally Financial, Inc., BMW Financial Services, Evolve Federal Credit Union, Bank of the West, BBVA Compass, and Discovery Financial Services, by means of materially false and fraudulent pretenses, representations, and promises. All in violation of Title 18 United States Code sections 1349 and 1344.

## COUNTS TWO through SIXTEEN
(18 U.S.C. § 1014)
(False Statement on Loan and Credit Applications)

That beginning on or about August 9, 2013, and continuing through and including on or about December 17, 2015 in the Western District of Texas, and elsewhere, Defendants,

**(1) MICHAEL NEDAL ANNABI,**
**(2) BASEM ELGELDA,**
**(3) TERRANCE YELDER,**
**(4) PERLA MALDONADO ANNABI,**
**(5) MIGUEL MUNOZ,**

**(6) JENZEL NASH, and**
**(7) DANIEL MUNOZ,**

did knowingly make false statements upon an application, purchase agreement, commitment, and

loan for the purpose of influencing a lending action of the following financial institutions, to

include federal credit unions, insured state chartered credit unions, institutions the accounts of

which are insured by the Federal Deposit Insurance Corporation, and institutions the accounts of

which are insured by the National Credit Union Administration Board, including, among others,

the false statements made to the following financial institutions described below:

| COUNT | DEFENDANT | ON OR ABOUT DATE | FINANCIAL INSTITUTION | FALSE STATEMENTS |
|---|---|---|---|---|
| 2 | (1) MICHAEL NEDAL ANNABI | April 9, 2015 | OneMain Financial | in connection with an application for a $11,905.44 loan, the Defendant claimed that he earned a monthly salary of $17,022.88, when in truth and in fact he did not. |
| 3 | (1) MICHAEL NEDAL ANNABI | May 31, 2015 | Syncrony Financial | in connection with an application for a $25,000 line of credit, the Defendant claimed that he earned a monthly salary $16,500, when in truth and in fact he did not. |
| 4 | (1) MICHAEL NEDAL ANNABI | June 8, 2015 | Teachers Federal Credit Union | in connection with an application for a $25,000 loan, the Defendant claimed that he earned a monthly salary of $18,333.34, when in truth and in fact he did not. |
| 5 | (1) MICHAEL NEDAL ANNABI | June 12, 2015 | Springleaf Financial Services, Inc. | in connection with an application for a $10,000 loan, the Defendant claimed he worked for "Little Napoli" and earned a monthly salary of $13,283, when in truth and in fact he did not. |
| 6 | (2) BASEM ELGELDA | August 17, 2015 | Teachers Federal Credit Union | in connection with an application for a $25,000 loan, the Defendant claimed that he resided at 5041 Alabama St., Apt 126, El Paso, Texas 79930 and earned a monthly salary of $15,982.32, when in truth and in fact he did not. |
| 7 | (2) BASEM ELGELDA | August 17, 2015 | Evolve Federal Credit Union | in connection with an application for a $15,000 loan, which was later approved for $10,000, the Defendant claimed that he resided at 5041 Alabama St., Apt 126, El Paso, Texas 79930 for 65 months and earned a monthly salary $10,656, when in truth and in fact he did not. |

| 8 | **(2) BASEM ELGELDA** | August 17, 2015 | Security Service Federal Credit Union | in connection with an application for a $5,000 line of credit and a $10,000 loan, the Defendant claimed that he that he resided at 5041 Alabama St., Apt 126, El Paso, Texas 79930 earned a monthly salary of $7,083.33, when in truth and in fact he did not. |
|---|---|---|---|---|
| 9 | **(2) BASEM ELGELDA** | August 18, 2015 | FirstLight Federal Credit Union | in connection with an application for a $25,000 loan, the Defendant claimed he earned a monthly salary of $11,443, when in truth and in fact he did not. |
| 10 | **(3) TERRANCE YELDER** | November 10, 2015 | Greater El Paso Credit Union (also known as GECU, formerly known as Government Employees Credit Union) | in connection with an application for a $45,798 loan, the Defendant claimed that he earned a monthly salary of $6,700, when in truth and in fact he did not. |
| 11 | **(3) TERRANCE YELDER** | December 17, 2015 | Greater El Paso Credit Union (also known as GECU, formerly known as Government Employees Credit Union) | in connection with an application for a $20,627 loan, the Defendant claimed that he worked at "CV services" for 8 years and earned a monthly salary of $6,608, when in truth and in fact he did not. |
| 12 | **(4) PERLA MALDONADO ANNABI** | August 9, 2013 | Springleaf Financial Services, Inc. | in connection with an application for a $5,000.09 loan, the Defendant claimed that she earned a monthly salary of $11,831, when she did not, and that she and **M. ANNABI** had a joint income of $122,058 in 2011, and that she and **M. ANNABI** had a joint income of $150,818 in 2012, when in truth and in fact they did not. |
| 13 | **(5) MIGUEL MUNOZ** | July 1, 2015 | Security Service Federal Credit Union | in connection with an application for a $5,000 line of credit and a $10,000 loan, the Defendant claimed that he earned a monthly salary of $15,000, when in truth and in fact he did not. |
| 14 | **(6) JENZEL NASH** | August 22, 2014 | Greater El Paso Credit Union (also known as GECU, formerly known as Government Employees Credit Union) | in connection with an application for a $14,858.76 loan, the Defendant claimed that she earned a monthly salary of $2,472.72, when in truth and in fact she did not. |

| 15 | **(6) JENZEL NASH** | March 6, 2015 | Evolve Federal Credit Union | in connection with an application for a $6,692.42 loan, the Defendant claimed that she earned a monthly salary of $4,600, when in truth and in fact she did not. |
| 16 | **(7) DANIEL MUNOZ** | June 2, 2015 | White Sands Federal Credit Union | in connection with an application for a $40,343.03 loan, the Defendant claimed that he earned a monthly salary of $3,000, when in truth and in fact he did not. |

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
(18 U.S.C. § 982)

As a result of the offenses set forth in Counts One through Seventeen of this Indictment, the United States of America gives notice to Defendants,

**(1) MICHAEL NEDAL ANNABI,**
**(2) BASEM ELGELDA,**
**(3) TERRANCE YELDER,**
**(4) PERLA MALDONADO ANNABI,**
**(5) MIGUEL MUNOZ,**
**(6) JENZEL NASH, and**
**(7) DANIEL MUNOZ,**

of its intent to seek forfeiture to the United States, pursuant to 18 U.S.C. § 982(a)(2), of any and all property constituting and derived from proceeds that said defendants obtained directly and indirectly as a result of such violations, including but not limited to a sum of United States currency representing the amount of proceeds obtained as a result of the offenses.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

A TRUE BILL ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney